

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MAURICE BAKER,

    Petitioner,

vs.

    CIVIL ACTION NO.: CV206-059

JOSE M. VASQUEZ,

    Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. In his objections, Petitioner contends that 28 U.S.C. § 2241 is the appropriate remedy for his claims and objects to the Magistrate Judge's conclusion that his petition fails to state a claim under that statute.

A petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is not the appropriate relief from unconstitutional prison conditions. Instead, § 2241 is a means by which prisoners may challenge the fact or duration of their imprisonment. The habeas petition in this case presents claims contesting the conditions of Petitioner's confinement, claims which must be asserted under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971).

AO 72A
(Rev. 8/82)

Petitioner's objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 24th day of October, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA